People for use of U. G. Usher and Nick Kish, appellees, v. Erma Templeman and Fred A. Ebinger, appellants. Gen. No. 9,086.

Opinion filed April 20, 1938.

J. W. Templeman, for appellants. Gerald G. Ginnaven, for appellees.

Mr. Presiding Justice Fulton delivered the opinion of the court.

Warner W. Hurst, appellee, v. Horatio C. Bent, appellant. Gen. No. 9,109.

Opinion filed April 20, 1938.

William R. and William J. Bach, for appellant. Wayne C. Townley and J. Oscar Hall, for appellee.

Mr. Justice Riess delivered the opinion of the court.

## Fourth District.

Leslie Stanton, appellee, v. David R. Komm et al., appellants.

Opinion filed June 6, 1938.

Farmer, Klingel & Baltz, for certain appellant. Louis Beasley and Edward C. Zulley, for appellee.

Mr. Justice Murphy delivered the opinion of the court.